## UNITED STATES DISTRICT COURT

### District of Maine

|  |  |  |
|---|---|---|
| BRITTANY WOOD, | ) | Docket No.  1:24-cv-00253-JAW |
| Plaintiff | ) | |
| v. | ) | |
|  | ) | |
| PENOBSCOT COUNTY, et al., | ) | |
|  | ) | |
| Defendants | ) | |

### DEFENDANTS' MOTION FOR CLARIFICATION

The Defendants, through undersigned counsel, submit the following motion for clarification concerning the deadline for their summary judgment reply.

On April 8, the Defendants filed a motion for reconsideration (ECF No. 93) with regard to the Plaintiff's motion for untimely filing of her summary judgment opposition (ECF No. 89). In their motion for reconsideration, the Defendants requested that the court stay the April 20 reply deadline pending the resolution of the Plaintiff's motion for untimely finding.

The following day, the court set a hearing date of April 21 on the Defendants' motion for reconsideration. ECF No. 94. Thus, the Defendants' summary judgment reply deadline is one day before the hearing on the motion for reconsideration which requests (among other things) a stay of that same deadline.

The Defendants respectfully request clarification of whether (a) the April 20 reply deadline is held in abeyance pending resolution of the motion for reconsideration, or (b) it is the court's preference that the Defendants file their summary judgment reply brief on April 20th, as indicated on the docket.

Dated: April 13, 2025

/s/ Michael Lichtenstein
Michael Lichtenstein, Esq.

/s/ Peter Marchesi
Peter Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants Penobscot County
and Sheriff Troy Morton
27 Temple Street
Waterville, ME 04901

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| BRITTANY WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cv-00253-JAW |
| | ) | |
| PENOBSCOT COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael Lichtenstein, Esq., attorney for Defendants, hereby certify that:

• Motion for Clarification

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Brittany Wood          *b.rosewould@gmail.com*

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

Brittany Wood
243 Clewleyville Road
Eddington, ME 04428

Dated: April 13, 2025

Michael Lichtenstein, Esq.
Attorney for Defendants
Wheeler & Arey, P.A.
27 Temple Street
Waterville, ME  04903-0376

3